## Exhibit A to the Complaint

**Location:** Demarest, NJ  
**Total Works Infringed:** 29  

**IP Address:** 108.35.31.207  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 43B885FA65E8B985E304AA540290A5589F7071D3<br>File Hash: C134B879B3CD3FF585F69D3A3435E94FC9C6605E9EF46B33FD44C7EB2FC3D708 | 12/21/2020 06:17:14 | Blacked Raw | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 2 | Info Hash: F096E038B40D9A278744F70E8F7C332EC991A07C<br>File Hash: 6E55A7AF4CD1A273E8649EDF982DC65C0F5950AA9C00F6D2D04EAF9325AA212B | 12/16/2020 06:34:45 | Blacked Raw | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 3 | Info Hash: 6F7F2747E89912D8C18566274565E417A1960FB7<br>File Hash: 8F662F522286F69180CA29ED3D754BE73FAFEA750278BB9102C120C6FAFC2A48 | 12/16/2020 05:34:27 | Blacked | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 4 | Info Hash: DFA0AF19065D6F02AE53DDE461AB054C52749DB9<br>File Hash: 703FD77F348AD392267F1D6452CBA9BBEBEC335C0DA6636F12F6F5A7B1EC39A4 | 12/16/2020 04:55:06 | Blacked Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |
| 5 | Info Hash: 51185C8E96E19B9F1E7F47647B98DF3434B759E7<br>File Hash: 6B098BF2E80EEDDB400147CC15800C70F6D28144076E1A4FA10FB91BEB977CCE | 12/16/2020 04:34:26 | Blacked Raw | 02/13/2020 | 03/18/2020 | PA0002241447 |
| 6 | Info Hash: 7C05970693631664015FA0BA24831A5B6B9EC79F<br>File Hash: 9B25E11D198FB0C68CFFE7B3DB693C4E549E9F06233EE1E20DBFE7FDBA3C7EEC | 12/15/2020 03:29:21 | Blacked Raw | 10/05/2020 | 10/22/2020 | PA0002261806 |
| 7 | Info Hash: FE1338CBCA830E3405AB4200C9EBC6C5093DFBB1<br>File Hash: 7971AB0F46A661F7B4E85333BD8D68AEF8266A8BDE7C4D19BE8BEA6A7A5C7E7F | 12/09/2020 05:55:21 | Blacked | 04/05/2019 | 04/29/2019 | PA0002169966 |
| 8 | Info Hash: D6E0A40D7E916C17226EFE6BB7290F89845DA1AD<br>File Hash: 2D65FAB3ECF540837E4442CCF67DBD19262CBC25898523B6ABC46F2B681AA87F | 12/09/2020 05:23:22 | Blacked | 08/15/2020 | 09/05/2020 | PA0002255476 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 66292F7187B4222B2E541ECA50891A76BD94C834<br>File Hash: C361B6F1A9F0BD3A7361BF439AF343B242874033C1030F5CB1DE9FA538656CF8 | 12/05/2020 06:26:42 | Blacked | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 10 | Info Hash: 2B524B6F6E4161A83F548199A67119ECC8EFCF67<br>File Hash: 97EB70F552093092567A108F4051DEAC4E1695D5755720EC521496BD086F3205 | 11/15/2020 05:09:04 | Blacked Raw | 06/01/2020 | 06/25/2020 | PA0002255508 |
| 11 | Info Hash: 4D681AA2C0E7C46C0814F3BBA7DF71007C31C7E8<br>File Hash: 0408F6FA4B819558C266E53122B05254F0924FB41DBB21F395B269437C030F3F | 11/08/2020 05:21:47 | Blacked | 03/28/2020 | 04/15/2020 | PA0002246108 |
| 12 | Info Hash: C6D3B3923ED70065CC4BC6D4C02F7E0D3CC6749C<br>File Hash: 7E169E13025CD4627A76E2653D18E5ADD627827BAA51AB290538D0576885D60E | 11/04/2020 05:16:13 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 13 | Info Hash: 4939DDA25AC94EF2490052A79D7CF72324523D6F<br>File Hash: 174E86F5B9E18C5BAD79375E2075492632A0FB1B3B4F07F2AD0912F0A86344F8 | 11/04/2020 05:13:45 | Blacked Raw | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 14 | Info Hash: EE33CA60AB1858DC8FEF12E32CCDDACAF1DA6869<br>File Hash: 62A82AB39773381B26F80F1BD32CF3446A7C635D39B850DC1A65673DE5D2E09C | 11/04/2020 05:11:30 | Blacked Raw | 04/06/2020 | 04/17/2020 | PA0002237306 |
| 15 | Info Hash: 8FFA898B2223F0A11776B90689F0C8CE0ABF0DAB<br>File Hash: 1C9DC840D9E042EFF6A3BEDAC8D901D63DF6BDCCA4A91E0D5C7CF2280CA0D3BB | 11/03/2020 05:47:36 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 16 | Info Hash: A799878765832A277C65FB1F9AD5AE8D594F1ED4<br>File Hash: 644AB34A0CDB356C03C6891C409E39387C6798A62E8CC2B4F90837CCD272F86B | 11/03/2020 05:46:29 | Blacked | 02/24/2020 | 03/18/2020 | PA0002241627 |
| 17 | Info Hash: 5C8BA544306FFC42074EF43606352DA8A8E24B1C<br>File Hash: 947B78D6EBCC7259ECAF02F029868B747BF48DF18C830C9D165238B848EA835B | 11/03/2020 05:22:32 | Blacked Raw | 09/07/2020 | 09/29/2020 | PA0002258685 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: D038231EA01AF439C3664135051CDD33B5CB1032<br>File Hash: 6FB0C33131D8E77CFBD1AFACE91E1FB736ADD1C537C1AE7B7397A10536993050 | 11/03/2020 05:22:17 | Blacked Raw | 09/21/2020 | 09/29/2020 | PA0002258687 |
| 19 | Info Hash: 1902DE7B974CAE62FB7A5DE639C19031FC126C4B<br>File Hash: 781B373FEF7FD1DB9FFCC80BE5795BB9A4321D3C081FC38E6B983D49B1551E4A | 11/02/2020 05:55:42 | Blacked | 07/25/2020 | 08/11/2020 | PA0002252256 |
| 20 | Info Hash: CF68460DE9D9906097987EC8282AFEB65C3285B7<br>File Hash: 89D2A8B1E0C33574D55170A12C1AC1BEAAA8DAD27057E862E44E6FD7099822CB | 11/02/2020 05:05:58 | Blacked | 09/05/2020 | 09/29/2020 | PA0002258686 |
| 21 | Info Hash: EA0933C026CAC051707CDA6CAAAB5FA9F7E359A0<br>File Hash: 289F90643B744068059848994286269666679EC0E9FE7FCDA6FE8EA60096F41A9 | 11/02/2020 03:34:04 | Blacked | 09/19/2020 | 09/29/2020 | PA0002258681 |
| 22 | Info Hash: 4377D001F4E80BB56FC09EEC160D3E44683A7EAF<br>File Hash: DD98AF23D306256E0C8E4D4925F2A17C4E0FCBC11B5EAD6F2D4F1EC3754EE213 | 10/31/2020 03:41:26 | Vixen | 09/16/2019 | 10/01/2019 | PA0002217346 |
| 23 | Info Hash: 26055D2C7FE57CD5794576974A7390178C3BBACB<br>File Hash: 692A615A2C0873D0F1704ABD4BC2996D60ADB2BED61000367BEBABE573578FBC | 10/23/2020 05:11:06 | Blacked Raw | 12/18/2019 | 02/03/2020 | PA0002225563 |
| 24 | Info Hash: 976FE70AE578B0BDC28B8EAD4103DA207FFB88A6<br>File Hash: 856AE991E1CDDB76C5C13ED1235C48A1FCE1C3C2F72D5F31C0C69DB855E64654 | 10/23/2020 05:10:00 | Blacked | 06/27/2020 | 07/17/2020 | PA0002248593 |
| 25 | Info Hash: 263D11C79580408D4B52ED5DE10FFFFD8DEFCB71<br>File Hash: 79B4AAAC410E5E0EC7DC7E0A29DD342F0444CD533F82C9970302631932F19AC0 | 09/13/2020 05:08:07 | Blacked | 12/26/2019 | 01/27/2020 | PA0002223955 |
| 26 | Info Hash: AF903E7F565249D48160FF028A27C732D3441983<br>File Hash: 24249F5547FD28DABDBC11B884B8DD8B3BF26E6C68A65AD35028D3F9F93272BC | 08/11/2020 05:54:40 | Blacked | 02/13/2019 | 03/11/2019 | PA0002158597 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 8A9AB1F64463E581A779AAE573B6ACC9EF49BBD6<br>File Hash: F264D22475CAEB917C41AEAE49A25FF4DEF43A0EA5457CD6430336DC8A40DD78 | 08/11/2020 05:37:01 | Blacked Raw | 07/11/2018 | 08/07/2018 | PA0002131894 |
| 28 | Info Hash: 8A8DF88281CE0785D71C06AF8B975C595E038709<br>File Hash: D246E6DD3ABCF2D52C2E160F65516F3FB80AE11AC81108ADAD143B6AD467F1FB | 08/11/2020 05:36:56 | Blacked | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 29 | Info Hash: EF485D5F3AE56A95C100904DCBEFECAB1CAB8D8B<br>File Hash: 2A9F80F40A49A8AE77B98E230F8658418AF67EC7D51E2C5F13737FD5F8F7A2AC | 08/09/2020 06:40:01 | Blacked | 10/07/2017 | 10/19/2017 | PA0002058300 |